YATES *v.* HAILEY.

GILBERT, Justice. The exception is to the first grant of a new trial. The verdict was not demanded by the evidence; and under the principles ruled in *Griffith* v. *Sellers*, 170 *Ga.* 577 (153 S. E. 359), the court did not err in granting a new trial.

*Judgment affirmed. All the Justices concur.*

No. 11491. SEPTEMBER 18, 1936. REHEARING DENIED OCTOBER 16, 1936.

*Marshall L. Allison* and *John B. Morris,* for plaintiff.

*J. H. & Emmett Skelton, William Carey Skelton,* and *A. S. Skelton,* for defendant.